Prob12B
(NCW Rev. 2/04)

# UNITED STATES DISTRICT COURT

### for the

### Western District of North Carolina



### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
### Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Carlton James Rutherford          Case Number:  1:00CR9-19

Name of Sentencing Judicial Officer:  The Honorable Lacy H. Thornburg
U.S. District Judge

Date of Original Sentence: 11/2/00          Register Number: 15812-058  PACTS Number: 8697

Original Offense: 21 U.S.C. § 846, Conspiracy to Possess with Intent to Distribute Cocaine Base

Original Sentence:  70 months imprisonment, 3 years supervised release; Special Conditions: $100
special assessment (paid) and reimburse U.S. for court-appointed counsel fees

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/9/04

---

## PETITIONING THE COURT

[  ]     To extend the term of supervision for   years, for a total of years.

[X]     To modify the conditions of supervision as follows:

Strike the financial obligation for the defendant to reimburse the U.S.  for court-appointed
counsel fees.

### CAUSE

The defendant was released from the Bureau of Prisons on 11/9/04 and began his supervised release
term.  As of this date, the voucher for court-appointed attorney fees has not been filed.  Therefore,
I recommend that the Court strike the financial obligation which states, "Defendant shall reimburse
the U.S. for court-appointed counsel fees."

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by _____

Janie M. Propst
U.S. Probation Officer
(828) 267-3511
Date: 5/23/05

THE COURT ORDERS:

[  ]  No Action
[  ]  The Extension of Supervision as Noted Above
[X]  The Modification of Conditions as Noted Above
[  ]  Other

_5 - 24 - 05_                   _____
     Date                          Signature of Judicial Officer